# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CHINOMSO ONUOHA, | Case No. 22-CV-2725 (NEB/DTS) |
| Petitioner, | |
| v. | ORDER FOR DISMISSAL |
| MERRICK GARLAND, ALEJANDRO MAYORKAS, TAE JOHNSON, MARCOS CHARLES, and KURT FREITAG, | |
| Respondents. | |

Pursuant to the parties' Stipulation of Dismissal Without Prejudice filed on November 28, 2022 (ECF No. 6), IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE and each party shall bear its own attorneys' fees, costs and disbursements.

Dated: November 29, 2022

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge